

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:          01-13-00369-CR

Style:          Ronald Charles Washington

**v** The State of Texas

Date motion filed*:          August 26, 2013

Type of motion:          Motion for extension of time to file reporter's record

Party filing motion:          Court reporter

Document to be filed:          Reporter's record

Is appeal accelerated?      No

If motion to extend time:
      Original due date:          June 18, 2013
      Number of previous extensions granted:    2      Current Due date:  August 19, 2013
      Date Requested:          August 30, 2013

Ordered that motion is:

    ☐      Granted

          If document is to be filed, document due:  September 3, 2013

          ☐      The Court will not grant additional motions to extend time

    ☐      Denied

    ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

  **The reporter's record has now been filed.**

Judge's signature:   /s/ <u>Michael Massengale</u>
                    ☒Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  September 17, 2013

November 7, 2008 Revision